## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Richard F. Kaminski                                CHAPTER 13

Debtor(s)

BKY. NO. 26-12372 DLB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

        Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
10 Jun 2026, 12:51:50, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 857c92868031728546d1ac1034b748edc24e134ff044f3ff02620803af13b507