**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** **RICHARD KAMINSKI** | : | **Bankruptcy No. 26-12372** |
| | : | |
| | : | |
| **DEBTOR** | : | **Chapter 13** |

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 10/22/26

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
msoboleski@kmllawgroup.com
Creditor

Via: ___CM/ECF ___1st Class Mail ____Certified Mail __X__e-mail:____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Richard F. Kaminski
3154 Draper Street
Philadelphia, PA 19136
Debtor

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list:

Via: __CM/ECF X 1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **Amerihome Mortgage Company**<br>M&T Bank<br>P.O. Box 6840<br>Buffalo, NY 14240-0840 | (15149135)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15149136)<br>(cr) |
| **M&T Bank**<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (15173302)<br>(cr) |
| **Verizon**<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | (15170295)<br>(cr) |
| **Water Revenue Bureau**<br>Law Department, Enforecment Div.<br>1515 Arch Street, 15th Fl.<br>Philadelphia, PA 19102-1508 | (15149137) |